Form clno (02/2011)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

    Emilie V Padiernos

    Debtor(s).

Case Number: 10–13689–MLB
Chapter: 7

## CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for **Emilie V Padiernos,** for the reason(s) indicated below:

- ☐ The Debtor(s) did not file a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management.

- ☐ Debtor(s) has not certified that all domestic support obligations due have been paid.

- ☑ Debtor(s) is ineligible for a discharge.

**If the debtor files a Motion to Reopen the Case to file the missing certificate(s), a reopening fee is due.**

Dated: <u>June 29, 2011</u>

                                                                                            Mark L. Hatcher
                                                                                            Clerk of the Bankruptcy Court